NO. 07-10-0275-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 30, 2010

_____

GERALD BROWDER,

Appellant

v.

JAMES LOWELL PENTON, JR., AS THE INDEPENDENT
EXECUTOR OF THE ESTATE OF JAMES LOWELL PENTON,
DECEASED,

Appellee

_____

FROM THE PROBATE COURT OF DENTON COUNTY;

NO. PR-2008-00217-02; HONORABLE DON R. WINDLE, PRESIDING

_____

*Abatement and Remand*

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Gerald Browder, appellant, appeals a judgment of the Probate Court of Denton County in favor of James Lowell Penton, Jr., as the Independent Executor of the Estate of James Lowell Penton, deceased, appellee. On July 20, 2010, appellant and appellee, through their counsel, filed a joint motion to abate the appeal and permit proceedings in the trial court to effectuate a settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C) (authorizing same). The parties have reached an agreement to settle and

compromise their differences and disputes, not only on the issues which are the subject of this appeal, but also in collateral proceedings.

Accordingly, the cause is remanded to the Probate Court for Denton County, Texas (trial court) to effectuate the purported settlement under the guidance of the trial court. The latter is directed to execute those orders it deems necessary to that end. A copy of any orders executed must then be included in a supplemental clerk's record and delivered to this court on or before August 30, 2010, along with the joint motion of the parties requesting the reinstatement and dismissal of the appeal. Should such a motion not be received by that date, the appeal will be dismissed for want of prosecution.

It is so ordered.


Per Curiam